PER CURIAM.
Affirmed on the authority of Stone v. City of Maitland, 5 Cir. 1971, 446 F.2d 83; City of Miami Beach v. Ocean and Inland Co., 1941, 147 Fla. 480, 3 So.2d 364; County of Brevard v. Woodham, Fla.App.1969, 223 So.2d 344, 347, cert. denied, Fla., 229 So.2d 872, and Board of Com’rs of State Inst. v. Tallahassee B. & T. Co., Fla.App.1958, 108 So.2d 74, 85, cert. quashed, Fla., 116 So.2d 762.
REED, C. J., WALDEN, J., and MELVIN, WOODROW M., Associate Judge, concur.